UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                      Case No.  08-cr-34-01-SM

Mark Williams

O R D E R

Defendant Williams' motion to continue the trial is granted (document 13). Trial has been rescheduled for the September 2008 trial period. Defendant Williams will file a waiver of speedy trial rights not later than June 2, 2008. On the filing of such waiver, his continuance will be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  August 27, 2008 at 4:30 p.m.

    **Jury Selection**: September 3, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 21, 2008

cc:   Thomas McCue, Esq.
      Terry Ollila, AUSA
      US Probation
      US Marshal