UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.          Case No.  08-cr-34-01-SM

<u>Mark Williams</u>

## O R D E R

Defendant Williams' motion to continue the trial is granted (document 25). Trial has been rescheduled for the March 2009 trial period. Defendant Williams will file a waiver of speedy trial rights not later than December 1, 2008. On the filing of such waiver, his continuance will be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** March 6, 2009 at 1:30 p.m.

**Jury Selection**:   March 17, 2009 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

November 18, 2008

cc: Thomas McCue, Esq.
Terry Ollila, AUSA
US Probation
US Marshal